UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT LEGENDRE, ET AL.

VERSUS

ANCO INSULATIONS, INC., ET AL

CIVIL ACTION

NO. 12-94-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 14, 2012 (doc. no. 17) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Remand filed by the plaintiffs is DENIED.

Baton Rouge, Louisiana, June 7, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA